# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANET TAYCHERT,<br><br>         Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>         Defendant. | Case No. 18-CV-1307-JPS<br><br>**ORDER** |

  On January 16, 2019, Plaintiff filed a motion to dismiss this action with prejudice. (Docket #14). Although Plaintiff represents in the motion that the parties have resolved the case, she does not indicate that the motion is unopposed, and counsel for Defendant did not sign on to it. *Id.*; *see* Fed. R. Civ. P. 41(a)(1)(A)(ii). The time has now passed for Defendant to respond to the motion, and it has not done so. Therefore, the Court will grant Plaintiff's motion and dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(2).

  Accordingly,

  **IT IS ORDERED** that Plaintiff's motion to dismiss (Docket #14) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED with prejudice**.

  The Clerk of the Court is directed to enter judgment accordingly.

  Dated at Milwaukee, Wisconsin, this 14th day of March, 2019.

                BY THE COURT:

                _____
                J.P. Stadtmueller
                U.S. District Judge